# EXHIBIT C

Movant's Purchases and Losses

RH Donnelley

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 100 | $4.25 | $424.99 | held | 1,791,000 | $0.06 | $110,777.61 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 2,200 | $4.25 | $9,349.78 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 6,800 | $4.25 | $28,900.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 8,900 | $4.25 | $37,824.47 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 9,000 | $4.25 | $38,250.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 9,000 | $4.25 | $38,249.01 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 11,000 | $4.25 | $46,750.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/11/2008 | 23,000 | $4.25 | $97,750.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/12/2008 | 4,300 | $4.25 | $18,275.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/12/2008 | 9,000 | $4.40 | $39,600.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/12/2008 | 9,000 | $4.42 | $39,780.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/12/2008 | 12,000 | $4.34 | $52,080.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/13/2008 | 14,500 | $4.36 | $63,220.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/16/2008 | 3,223 | $4.24 | $13,665.52 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 100 | $4.24 | $424.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 100 | $4.23 | $423.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 100 | $4.25 | $425.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 100 | $4.25 | $425.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 100 | $4.29 | $429.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 400 | $4.27 | $1,708.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 600 | $4.24 | $2,544.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 700 | $4.27 | $2,989.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 710 | $4.29 | $3,045.90 | | | | | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 800 | $4.27 | $3,416.00 | | | | | |

Movant's Purchases and Losses — RH Donnelley

| Name | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 1,000 | $4.24 | $4,240.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 1,000 | $4.24 | $4,240.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 1,800 | $4.24 | $7,632.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 3,400 | $4.29 | $14,586.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 4,800 | $4.25 | $20,400.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 5,300 | $4.25 | $22,525.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 5,400 | $4.24 | $22,896.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 6,067 | $4.29 | $26,027.43 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 7,000 | $4.25 | $29,750.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 9,000 | $4.26 | $38,340.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 9,100 | $4.27 | $38,857.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 9,700 | $4.25 | $41,225.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 12,000 | $4.25 | $51,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/17/2008 | 13,000 | $4.26 | $55,380.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/19/2008 | 300 | $4.00 | $1,200.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/19/2008 | 1,200 | $3.99 | $4,788.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 06/19/2008 | 8,500 | $4.00 | $34,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/10/2008 | 7,530 | $0.96 | $7,228.80 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/10/2008 | 12,470 | $1.03 | $12,844.10 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/10/2008 | 20,000 | $0.94 | $18,800.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/10/2008 | 20,000 | $1.00 | $20,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 4,700 | $1.02 | $4,794.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 5,200 | $1.02 | $5,303.48 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 8,000 | $1.02 | $8,160.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 9,185 | $0.95 | $8,725.75 |

RH Donnelley

Movant's Purchases and Losses

| | | | | |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 9,900 | $1.02 | $10,098.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/13/2008 | 20,000 | $0.97 | $19,400.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 56 | $1.00 | $56.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 4,529 | $1.00 | $4,529.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,715 | $1.00 | $9,715.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,844 | $1.00 | $9,844.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $0.96 | $9,504.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $0.99 | $9,801.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $0.99 | $9,801.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.00 | $9,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.01 | $9,999.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.01 | $9,999.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.01 | $9,999.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.00 | $9,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.00 | $9,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.00 | $9,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 9,900 | $1.00 | $9,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/14/2008 | 15,571 | $1.00 | $15,571.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/15/2008 | 19,900 | $1.00 | $19,900.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/15/2008 | 20,000 | $0.96 | $19,200.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/15/2008 | 20,000 | $0.85 | $17,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/15/2008 | 20,200 | $0.80 | $16,160.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/15/2008 | 25,000 | $0.79 | $19,750.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 100 | $0.70 | $69.98 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 1,082 | $0.61 | $660.02 |

RH Donnelley

| Movant's Purchases and Losses | | | | |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 2,200 | $0.66 | $1,450.53 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 2,400 | $0.62 | $1,486.27 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 4,300 | $0.64 | $2,751.57 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 5,700 | $0.66 | $3,761.77 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 7,500 | $0.66 | $4,950.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 7,500 | $0.66 | $4,950.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 7,800 | $0.66 | $5,148.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 9,900 | $0.66 | $6,534.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 10,500 | $0.66 | $6,930.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 19,900 | $0.70 | $13,930.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 20,000 | $0.60 | $12,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 20,000 | $0.66 | $13,200.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/16/2008 | 20,000 | $0.70 | $14,000.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 627 | $0.78 | $489.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 9,291 | $0.76 | $7,017.12 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 9,900 | $0.87 | $8,631.41 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 9,900 | $0.85 | $8,415.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 9,900 | $0.80 | $7,901.78 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 20,000 | $0.72 | $14,400.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 20,000 | $0.77 | $15,400.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/17/2008 | 20,000 | $0.78 | $15,600.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 500 | $1.00 | $499.95 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 1,300 | $1.14 | $1,482.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 3,300 | $1.14 | $3,762.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 4,399 | $1.18 | $5,198.83 |

Movant's Purchases and Losses

| | | | | | RH Donnelley |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 4,400 | $1.01 | $4,444.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 4,500 | $1.01 | $4,544.55 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 4,859 | $1.10 | $5,344.41 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 5,041 | $1.10 | $5,533.71 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 5,501 | $1.19 | $6,546.19 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 6,600 | $1.14 | $7,523.34 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 8,600 | $1.13 | $9,753.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 9,900 | $1.11 | $10,989.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 9,900 | $1.13 | $11,169.97 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 9,900 | $1.14 | $11,286.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 9,900 | $1.16 | $11,527.66 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 19,500 | $1.00 | $19,500.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 20,000 | $1.02 | $20,400.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/23/2008 | 20,000 | $1.00 | $20,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/24/2008 | 9,900 | $0.89 | $8,811.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/24/2008 | 20,000 | $0.75 | $15,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/24/2008 | 20,000 | $0.80 | $16,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/24/2008 | 20,000 | $0.85 | $17,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 100 | $0.75 | $75.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 200 | $0.75 | $150.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 300 | $0.75 | $225.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 400 | $0.75 | $300.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 500 | $0.75 | $375.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 500 | $0.75 | $375.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 500 | $0.75 | $375.00 | |

RH Donnelley

| Movant's Purchases and Losses | | | | |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 500 | $0.75 | $375.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 800 | $0.75 | $600.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 900 | $0.75 | $675.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,000 | $0.75 | $750.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,100 | $0.75 | $825.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,100 | $0.75 | $825.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,100 | $0.75 | $825.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,100 | $0.75 | $825.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,400 | $0.75 | $1,050.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 1,400 | $0.75 | $1,050.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 2,700 | $0.75 | $2,025.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 3,300 | $0.75 | $2,475.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/28/2008 | 5,295 | $0.73 | $3,864.71 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 60 | $0.70 | $42.01 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 300 | $0.67 | $202.26 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 300 | $0.70 | $208.89 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 300 | $0.70 | $208.98 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 500 | $0.69 | $344.90 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 500 | $0.70 | $349.65 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 600 | $0.69 | $415.38 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,000 | $0.69 | $694.80 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,000 | $0.70 | $699.90 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,131 | $0.70 | $791.70 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,200 | $0.69 | $831.84 |

Movant's Purchases and Losses

| | | | | | RH Donnelley |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,300 | $0.69 | $903.37 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,400 | $0.69 | $966.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 1,705 | $0.69 | $1,180.71 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 2,500 | $0.70 | $1,743.25 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 2,500 | $0.70 | $1,750.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 3,214 | $0.68 | $2,185.52 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 3,800 | $0.69 | $2,639.59 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 4,700 | $0.70 | $3,290.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 4,869 | $0.70 | $3,407.13 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 6,940 | $0.70 | $4,858.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 9,586 | $0.66 | $6,326.76 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 9,900 | $0.70 | $6,930.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/29/2008 | 9,900 | $0.70 | $6,930.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 47 | $0.83 | $39.01 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 400 | $0.80 | $320.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 4,706 | $0.84 | $3,953.04 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 4,718 | $0.83 | $3,916.93 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 7,500 | $0.84 | $6,279.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 16,629 | $0.83 | $13,800.41 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 10/31/2008 | 25,000 | $0.80 | $20,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 11/21/2008 | 24,100 | $0.20 | $4,820.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 11/24/2008 | 10,497 | $0.20 | $2,099.40 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 11/24/2008 | 50,000 | $0.22 | $11,000.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/03/2008 | 1,600 | $0.28 | $448.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/03/2008 | 60,000 | $0.30 | $18,000.00 | |

Movant's Purchases and Losses

RH Donnelley

| Name | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/04/2008 | 200 | $0.29 | $57.98 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/12/2008 | 4,654 | $0.35 | $1,628.43 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/12/2008 | 5,246 | $0.35 | $1,834.58 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/12/2008 | 9,900 | $0.35 | $3,473.51 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/12/2008 | 9,903 | $0.35 | $3,456.15 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 1,546 | $0.33 | $514.03 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 1,800 | $0.33 | $598.16 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 3,200 | $0.33 | $1,067.52 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 3,454 | $0.33 | $1,150.53 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 5,000 | $0.33 | $1,654.90 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 5,000 | $0.33 | $1,664.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 5,000 | $0.33 | $1,666.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 5,000 | $0.33 | $1,669.35 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/15/2008 | 9,900 | $0.33 | $3,267.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 200 | $0.35 | $69.98 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 500 | $0.35 | $174.75 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 500 | $0.35 | $174.90 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 36,614 | $0.35 | $12,814.90 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 39,000 | $0.35 | $13,650.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/16/2008 | 39,800 | $0.35 | $13,930.00 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 800 | $0.35 | $278.16 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 2,097 | $0.35 | $728.92 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 3,000 | $0.35 | $1,043.10 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 5,589 | $0.35 | $1,943.30 |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 6,900 | $0.35 | $2,398.44 |

Movant's Purchases and Losses

RH Donnelley

| | | | | | |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 15,000 | $0.35 | $5,215.50 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 12/26/2008 | 25,000 | $0.35 | $8,692.50 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 01/02/2009 | 15,000 | $0.24 | $3,598.50 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 01/02/2009 | 90,000 | $0.22 | $19,800.00 | |
| Zhengxu He, Individually and as Trustee for the He and Fang 2005 Revocable Living Trust | 01/02/2009 | 90,000 | $0.24 | $21,600.00 | |
| Movant's Total | | 1,791,000 | | $1,979,964.52 | |
| | | 1,791,000 | | $110,777.61 | ($1,869,186.91) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $0.06 as of August 27, 2009.